Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
Annie Aboulian (SBN 280693)
annie@donigerlawfirm.com
DONIGER / BURROUGHS APC
300 Corporate Pointe, Suite 355
Culver City, California 90230
Telephone: (310) 590-1820
Facsimile: (310) 417-3538

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERIDIAN TEXTILES, INC., a California Corporation<br><br>Plaintiff,<br><br>v.<br><br>FASHION AVENUE KNITS, INC., a New York Corporation; *et al.*<br>Defendants. | Case No.: CV13-01925 PJW<br><u>Hon. Patrick J. Walsh Presiding</u><br><br>**[PROPOSED] ORDER ON STIPULATION TO DISMISS ACTION**<br><br>Date Complaint Filed: 3/18/2013<br>Trial Date:  None Set |

  Having reviewed the stipulation of the parties to dismiss this action and finding good cause thereon,

///

///

///

1
**[PROPOSED] ORDER ON STIPULATION TO DISMISS ACTION**

IT IS HEREBY ORDERED that this action be dismissed with prejudice, with each party to bear its own costs and fees incurred.

SO ORDERED.

Dated: June 14, 2013

_____
HON. PATRICK J. WALSH
UNITED STATES DISTRICT COURT